STATE OF NEW JERSEY v. RENALDO REYES.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT V. HILL.

September 29, 1982.

Petition for certification denied.

IN THE MATTER OF THE NURSING HOME ADMINISTRATOR'S LICENSE REVOCATION AND NURSING HOME DIVESTITURE OF MOSES AND ISRAEL BRAUNSTEIN.

September 29, 1982.

Petition for certification denied.

ANTHONY M. BEBBINO v. JEAN BEBBINO.

September 29, 1982.

Petition for certification denied.